UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JERRY LEE MATTHEWS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 1:18-cv-00710-AKK-TMP |
| **LEON BOLLING, Warden, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

Petitioner Jerry Lee Matthews filed this action for a writ of habeas corpus, *pro se*, on or about May 9, 2018. Doc. 1. Matthews challenges his 1982 conviction and life sentence for sodomy. *Id*. On March 11, 2019, the magistrate judge to whom the case was referred filed a report recommending the petition be dismissed with prejudice due to the Matthews' claims being successive, untimely, and without merit. Doc. 9. Although Matthews was notified of his right to file objections to the report and recommendation, nothing has been filed with the court in the time allowed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE**.

1

Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*. A separate final order will be entered.

**DONE** the 4th day of April, 2019.

                              **ABDUL K. KALLON**
                              UNITED STATES DISTRICT JUDGE